# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00055-CR

## Ex parte Barry Alan Boes, II

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### NO. CR-20-1625-A, THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Barry Alan Boes, II's counsel has filed a motion to permanently abate this appeal because Boes died while the appeal was pending. Where, as here, an appellant in a criminal case dies after an appeal is perfected but before the appellate court issues the mandate, the court must permanently abate the appeal. *See* Tex. R. App. P. 7.1(a)(2); *see Dulin v. State*, 620 S.W.3d 129, 132 (Tex. Crim. App. 2021) ("[T]he death of a defendant during the pendency of an appeal requires that the defendant's prosecution be permanently abated."). Accordingly, we grant the motion and permanently abate the appeal.

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Permanently Abated

Filed: October 15, 2025

Do Not Publish